

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Keith D. Parr, P.C.
Registered Patent Attorney
Direct Telephone: 312-443-0497
Direct Fax: 312-896-6497
kparr@lockelord.com

December 11, 2014

BY EFILE

Ms. Deborah Holmes
Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Apotex Inc. v. Acorda Therapeutics, Inc., No. 14-4353

Dear Ms. Holmes:

Per Local Rule 31.2(a)(1), this is to advise the Court that the appellants are selecting a filing date for their appellants' brief of March 4, 2015, which is 91 days after the date they filed Form D indicating that no transcript will be ordered.

Thank you for your assistance.

Respectfully submitted,

LOCKE LORD LLP

Keith D. Parr, P.C.

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC